852

No. 74-6565. JORDAN v. DILLEY ET AL. C. A. 6th Cir. Certiorari denied.

No. 74-6567. STEJSKAL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 74-6569. HAMMOND v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 74-6570. FLORES-ARIAS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 74-6572. QUIÑONES v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 74-6573. MARTZ v. ALABAMA. C. A. 5th Cir. Certiorari denied.

No. 74-6574. LEACH v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 74-6575. PETTIS v. WYRICK, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 74-6576. DUREN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 74-6578. TAYLOR v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 74-6580. SWIST v. ESTELLE, CORRECTIONS DIRECTOR, ET AL. C. A. 5th Cir. Certiorari denied.

No. 74-6581. BISSONETTE v. FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 74-6583. MATHIS v. UNITED STATES; and
No. 74-6651. LYNCH v. UNITED STATES. C. A. 4th Cir. Certiorari denied. Reported below: 529 F. 2d 518.